## 29213. PERRY v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 5, 1974.

B. J. Perry, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29236. SIMMONS v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 5, 1974.

Franklin Lamar Simmons, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29272. HARDIN v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur. Gunter and Ingram, JJ., concur in the judgment only.*

DECIDED NOVEMBER 5, 1974.

Troy Gene Hardin, *pro se.*

*Arthur K. Bolton, Attorney General,* for appellee.

## 29273. COLVARD v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 5, 1974.

Isreal Colvard, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29301. SANDS v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur. Gunter and Ingram, JJ., concur specially.*

DECIDED NOVEMBER 5, 1974.

James T. Sands, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29320. POWELL v. PEACOCK.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 5, 1974.

Willie C. Powell, *pro se.*